UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNNY DUNCAN                                    CIVIL ACTION

VERSUS                                           NUMBER: 08-3840

TANGIPAHOA PARISH COUNCIL, <u>ET</u> <u>AL</u>.        SECTION: "N"(5)


**<u>REPORT AND RECOMMENDATION</u>**


Presently before the Court is the motion to set aside entry of default and default judgment of defendant, Little League Baseball, Inc. (Rec. doc. 62). Plaintiff has filed no opposition to the motion. For the reasons that follow, it is recommended that defendant's motion be granted.

Earlier on in this case, plaintiff filed motions for entry of default and for default judgment against, <u>inter</u> <u>alia</u>, Little League Baseball, Inc. which were granted by the Clerk of Court on September 15 and 22, 2008. (Rec. docs. 15, 16, 17, 18). The Court previously issued Reports and Recommendations in this matter recommending that plaintiff's motion to enter a Rule 58 judgment against, <u>inter</u> <u>alia</u>, Little League Baseball, Inc. be denied and that certain other defendants' motion for relief from the default judgments entered against them be granted. (Rec. docs. 43, 51). In

the latter Report and Recommendation, the Court noted that the motions for default judgments that plaintiff had filed in this case were unaccompanied by the affidavit required by Rule 55(b)(1), Fed.R.Civ.P., and that the default judgments should, therefore, be set aside. (Rec. doc. 51, pp. 2-4). Plaintiff's motion for default judgment against Little League Baseball, Inc. suffers from the same defect and should thus be set aside as well. In addition, as argued in the present motion, it appears that service of plaintiff's complaint on Little League Baseball, Inc. was invalid. (Rec. docs. 62-2, pp. 8-9; 62-3; 62-4). For these reasons, and for the reasons set forth in the Court's previous Report and Recommendation dated March 11, 2009, it will be recommended that Little League Baseball, Inc.'s motion to set aside entry of default and default judgment be granted.

## RECOMMENDATION

For the foregoing reasons, it is recommended that the motion to set aside entry of default and default judgment of Little League Baseball, Inc. be granted.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual

findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. <u>Douglass v. United Services Auto. Assoc.</u>, 79 F.3d 1415 (5th Cir. 1996)(<u>en</u> <u>banc</u>).

New Orleans, Louisiana, this  21st  day of _____May_____,
2009.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE