UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNNY DUNCAN                                CIVIL ACTION

VERSUS                                       NUMBER: 08-3840

TANGIPAHOA PARISH COUNCIL, ET AL.            SECTION: "N"(5)

O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's Rule 58 motions to enter judgment are **DENIED**.

New Orleans, Louisiana, this 12th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Copy:
Magistrate Judge
Alma Chasez