UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNNY DUNCAN     CIVIL ACTION

VERSUS     NUMBER: 08-3840

TANGIPAHOA PARISH COUNCIL, ET AL.     SECTION: "N"(5)

O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the moving defendants' motion for relief from default judgments is granted and that the default judgments in question are set aside. (Rec. docs. 18, 30, 35).

New Orleans, Louisiana, this 12th day of August, 2009.

UNITED STATES DISTRICT JUDGE

Clerk to Copy:
Magistrate Judge
Alma Chasez