UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNNY DUNCAN                               CIVIL ACTION

VERSUS                                      NUMBER: 08-3840

TANGIPAHOA PARISH COUNCIL, ET AL.           SECTION: "N"(5)


ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on March 26, 2010, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims against defendant, the Tangipahoa Parish Council, are dismissed with prejudice pursuant to Rules 37(b)(2)(A) and 41(b) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 1st day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE