UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY DUNCAN | CIVIL ACTION |
| VERSUS | NO. 08-3840 |
| TANGIPAHOA PARISH COUNCIL, ET AL. | SECTION "N" (5) |

**ORDER AND REASONS**

Presently before the Court is Plaintiff's motion for sanctions (Rec. Doc. 118). It was not necessary for the Court to resolve the specific factual issue raised by the motion for sanctions, *i.e.* the date when Roy Lee Warford became a member of the Board of Directors of the Tangipahoa Parish Recreation District #3, in ruling upon the parties' cross-motions for summary judgment (Rec. Docs. 102, 103, 105 and 114). *See* Rec. Doc. 122. For this reason, **IT IS ORDERED** that the motion for sanctions (Rec. Doc. 118) is **DENIED**.

New Orleans, Louisiana, this 16th day of July 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE