UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JOHNNY DUNCAN                                     CIVIL ACTION

VERSUS                                                NO. 08-3840

TANGIPAHOA PARISH COUNCIL, ET AL.            SECTION "N" (5)

## ORDER AND REASONS

The Court has discovered that, because of a typographical error, two defendants' names were inadvertently omitted from the penultimate paragraph of the Court's July 9, 2010 Order and Reasons. *See* Rec. Doc. 122, page 8. Accordingly, that paragraph is amended to state:

For the foregoing reasons, **IT IS ORDERED** that the motion for summary judgment filed by all remaining defendants other than LLBI (Rec. Doc. 105) is **GRANTED IN PART** and **DENIED IN PART**. Specifically, <u>all</u> of the claims that Plaintiff has asserted against Tangipahoa Recreational District No. 3 ("TPRD"), Rodney Mobley and Eve Wilson (individually and in their official capacities as members of the Board of Directors of TPRD), Gordon Burgess (individually and in his official capacity as Tangipahoa Parish President), Tom Tolar, Tennis Rick, Michael Petitto, Carlo Bruno, Howard "Buddy" Ridgel, Ronnie Bankston, Lionel Wells, Carlos Notariano, Debbie Edwards and Bobby Cortez (individually and in their official capacities as TPC members) are **DISMISSED WITH PREJUDICE**.

In all other respects, the July 9, 2010 Order and Reasons (Rec. Doc. 122) remains the same.

New Orleans, Louisiana, this 16th day of July 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE